**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| COF TRAINING SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-4144-SAC |
| vs. | ) | |
| | ) | Removal from |
| TACS, INC. and | ) | |
| TYLER TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF REMOVAL**

COME NOW Defendants TACS, Inc. and Tyler Technologies, Inc. (hereinafter collectively "Removing Defendants"), by and through their counsel of record, and remove the action styled COF Training Services, Inc. vs. TACS, Inc., et al., Civil Action No. 06-C184, from the Fourth Judicial District, District Court of Franklin County, Kansas, to the United States District Court for the District of Kansas. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Removal, Removing Defendants state as follows:

1. On October 19, 2006, Plaintiff filed a civil action in the District Court of Franklin County, Kansas, entitled COF Training Services, Inc. vs. TACS, Inc. and Tyler Technologies, Inc., Case No. 06C184.

2. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants in this action, including Plaintiff's Petition, is attached as Exhibit "A" to this Notice of Removal.

3. Service on defendants occurred on November 27, 2006. During preliminary settlement negotiations, counsel for Plaintiff orally granted Defendants a ten (10) day extension for their responsive pleading to Plaintiff's Petition.

4. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days after the receipt by any defendant through service or otherwise of a copy of the initial pleading setting forth the claims for relief upon which the lawsuit is based. Murphy Bros. v. Michel Pipe Stringing, 526 U.S. 344 (1999) (noting that the thirty-day removal period begins to run when a defendant is formally served with the complaint).

5. The controversy between Plaintiffs and Defendants is a controversy between citizens of different states.

6. Plaintiff is, and was at the time of the commencement of this action, a Kansas corporation with its principal place of business in Ottawa, Kansas.

7. Defendant TACS, Inc. is, and was at the time of the commencement of this action, a foreign corporation organized pursuant to the laws of the State of Massachusetts with its principal place of business in the State of Massachusetts.

8. Defendant Tyler Technologies, Inc. is, and was at the commencement of this action, a foreign corporation organized pursuant to the laws of the State of Delaware with its principal place of business in the State of Texas.

9. This Court has original jurisdiction over this civil action because the amount Plaintiffs have placed in controversy exceeds the sum or value of Seventy-Five Thousand

Dollars ($75,000.00), exclusive of interest and costs, and none of the parties in interest properly joined and served as defendants are citizens of the State in which this action was brought. 28 U.S.C. §§ 1332(a)(1), (b); see also 28 U.S.C. § 1441(b).

10. This civil action is removable under 28 U.S.C. § 1441(a), in that this Court has original jurisdiction and embraces the place where such action is pending.

11. In accordance with 28 U.S.C. § 1446(d), Removing Defendants are promptly notifying Plaintiffs in writing that this case has been removed to this Court pursuant to this Notice of Removal. Removing Defendants have, contemporaneously with the filing of this Notice of Removal to this Court, filed a copy of the same with the Clerk of the District Court of Franklin County, Kansas, which shall effect the removal.

WHEREFORE, Removing Defendants TACS, Inc. and Tyler Technologies, Inc. pray that this Notice of Removal be deemed good and sufficient and that the aforesaid Petition entitled COF Training Services, Inc. vs. TACS, Inc., et al., Civil Action No. 06-C184, be removed from the Fourth Judicial District, District Court of Franklin County, Kansas, to the United States District Court for the District of Kansas for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from state court, and thereupon proceed with the civil action as if it had been commenced originally in this Court.

Respectfully submitted

/s/ Theresa A. Otto

Theresa A. Otto, Esq. (#16628)
Molly B. Westering, Esq. (#20860)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone: 816-531-7200
Telecopy: 816-531-7201
ATTORNEYS FOR DEFENDANTS

***Certificate of Electronic Filing***

I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone: 913-227-0100
Telecopy: 913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

/s/ Theresa A. Otto
Attorneys for Defendants