Date: 12/27/2006　　　　　　　　**Franklin County District Court**　　　　　　　　User: LINDA
Time: 09:56 AM　　　　　　　　　　　　ROA Report
Page 1 of 1　　　　　　　　　　　Case: 2006-CV-000184
　　　　　　　　　　　　　Current Judge: James J Smith

COF Training Services Inc  vs.  TACS INC, Tyler Technologies Inc

　　　　　　　　　　　　　　　　Buyer Plaintiff

| Date | | Judge |
|---|---|---|
| 10/19/2006 | Petition filed. | James J Smith |
| | Filing: Civil Docket Fee   Paid by: Murrow, Rodney K (attorney for COF Training Services Inc)  Receipt number: 0031087  Dated: 10/19/2006  Amount: $147.00 (Check) | James J Smith |
| | Request and Service Instruction Form filed. TACS serv by Suffolk Co Sher | James J Smith |
| | Request and Service Instruction Form filed. Tyler Technologies serv by Suffolk Co Sher | James J Smith |
| | Summons: Issued TACS INC  Assigned to   Service fee of $0.00 on 10/19/2006 Suffolk Co Sher in Massachusetts | James J Smith |
| | Summons: Issued Tyler Technologies Inc  Assigned to   Service fee of $0.00 on 10/19/2006 Suffolk Co Sher, Massachusetts | James J Smith |

STATE OF KANSAS, FRANKLIN COUNTY, ss:
I certify that this is a true and correct copy of the original as appears of record in my office.
Date 12-27　　　　　20 06

Clerk of the District Court
By _____ Deputy

EXHIBIT
A

IN THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS
CIVIL COURT DEPARTMENT

FILED
OCT 19 AM 11 47
CLERK OF DIST COURT
FRANKLIN COUNTY, KS.

COF TRAINING SERVICES, INC., )
          Plaintiff )
)
vs. ) Case Number: 06C184
) Division:
)
TACS, INC. and )
TYLER TECHNOLOGIES, INC. )
          Defendants )
)
SERVE BOTH DEFENDANTS AT: )
Capitol Corporate Services, Inc. )
18 Tremont Street, Suite 146 )
Boston, MA  02108 )
)

## PETITION

    COMES NOW the Plaintiff, COF Training Services, Inc. and for its cause of action against the Defendants, TACS, Inc. and Tyler Technologies, Inc., alleges and states as follows:

### Allegations Common to All Counts

1. Plaintiff COF Training Services, Inc. (hereinafter "COF") is a corporation organized pursuant to the laws of the State of Kansas and currently doing business in the State of Kansas. Plaintiff COF has its principal place of business at 1516 Davis, P.O. Box 459, Franklin County, Ottawa, Kansas 66067.

2. Defendant TACS, Inc. (hereinafter "TACS") is a foreign corporation organized pursuant to the laws of the State of Massachusetts doing business in the

State of Kansas. The principal place of business for Defendant TACS is 500 West Cummings Park, #3650, Woburn, Massachusetts 01801.

3. Defendant Tyler Technologies, Inc. (hereinafter "Tyler") is a foreign corporation organized pursuant to the laws of the State of Delaware doing business in the state of Kansas. The principal place of business for Defendant Tyler is 5949 Sherry Lane, Suite 1400, Dallas, TX 75225. The resident agent for defendant Tyler is Capitol Corporate Services, Inc., 18 Tremont Street, Suite 146, Boston, Massachusetts 02108.

4. On or about March 2nd, 2006 defendant TACS merged into defendant Tyler.

5. On or about September 28th, 2000, Plaintiff COF entered into a contract with Defendant TACS to provide, *inter alia*, computer software, support, training and implementation. Over the course of the next several years, Plaintiff COF had numerous ongoing problems with implementation and usage of the software purchased from defendant TACS. Said software failed to perform its particular purpose and repeated attempts at resolution of the problems were unsuccessful.

6. Defendant TACS has ceased further development on said software, and ended any further attempts to correct said problems.

7. Part of COF's contract with Defendants called for Defendants to provide on-site software training. Defendants have failed and refused to provide said training repeatedly.

## Count I - Breach of Contract

8. Plaintiff hereby restates and realleges all claims made in paragraphs 1 through 7 and hereby incorporates same by reference as if set forth fully herein.

9. A valid, legal contract exists between Plaintiff COF and Defendants TACS and Tyler for the software purchase, implementation, support and training.

10. Sufficient consideration exists to support said contract.

11. The plaintiff performed, or was willing to perform, in compliance with said contract.

12. Defendants TACS and Tyler have breached said contract.

13. Defendant TACS and Tyler's breach has caused Plaintiff COF to be damaged.

## Count II - Breach of Implied Warranty of Fitness for Particular Purpose
## Pursuant to K.S.A. 84-2-315

14. Plaintiff hereby restates and realleges all claims made in paragraphs 1 through 7 and hereby incorporates same by reference as if set forth fully herein.

15. At the time of the sale of the software to Plaintiff COF, Defendant TACS had reason to know of the particular purpose for which the product was required.

16. At the time of the sale, Defendant TACS knew that Plaintiff COF was relying upon defendant TACS's skill or judgement to select or furnish suitable software.

17. Defendants TACS and Tyler provided an implied warranty that the software

would be fit for the purpose for which it was purchased.

18. Defendants TACS and Tyler breached the warranty of fitness for a particular purpose. As a result of said breach of warranty of fitness for a particular purpose, Defendants TACS and Tyler are liable to Plaintiff COF.

19. As a direct and proximate result of the breach of fitness for a particular purpose, by defendants TACS and Tyler, Plaintiff COF has been damaged.

### Count III -Implied Warranty of Merchantability
### Pursuant to K.S.A. 84-2-314

20. Plaintiff hereby restates and re-alleges all claims made in paragraphs 1 through 7 and hereby incorporates same by reference as if set forth fully herein.

21. Defendants TACS and Tyler customarily sell the software purchased by Plaintiff COF.

22. Defendants TACS and Tyler impliedly warranted that said software was merchantable in that it was fit for, including but not limited to, the ordinary purposes for which said software is used.

23. TACS and Tyler breached said warranty of merchantability.

24. Defendants TACS and Tyler breached the warranty of fitness for a particular purpose. As a result of said breach of warranty of fitness for a particular purpose, Defendants TACS and Tyler are liable to Plaintiff COF.

25. As a direct and proximate result of the breach of fitness for a particular purpose by Defendants TACS and Tyler, Plaintiff COF has been damaged.

WHEREFORE, based on the foregoing facts on grounds, Plaintiff COF prays this Court for judgement against Defendants TACS, Inc. and Tyler Technologies, Inc., for actual and consequential damages and for such other and further relief as the Court deems just and proper.

Law Office of
**RODNEY K. MURROW, P.A.**

*Rodney K. Murrow*
Rodney K. Murrow, #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff and hereby demands a trial by jury on all counts contained in this petition.

Law Office of
**RODNEY K. MURROW, P.A.**

*Rodney K. Murrow*
Rodney K. Murrow, #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

IN THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS
CIVIL COURT DEPARTMENT

COF TRAINING SERVICES, INC.,           )
                                       )
                    Plaintiff          )
                                       )   Case Number: 06 C184
vs.                                    )   Division:
                                       )
TACS, INC. &                           )
TYLER TECHNOLOGIES, INC.               )
                                       )
                    Defendants         )
                                       )

## REQUEST AND SERVICE INSTRUCTION FORM

TO:   Clerk of the District Court

The Clerk of the Court will issue a Summons in the above entitled action for Tyler Technologies, Inc. and you are hereby instructed to effect service of the petition, as follows:

__X__ a.   Personal service through the office of the Sheriff of Suffolk County, Massachusetts, 20 Bradston Street, Boston, MA 02118.
_____ b.   Personal service by attorney for plaintiff.
_____ c.   Certified mail service by the undersigned litigant/attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney. The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.
_____ d.   Certified mail service by the office of the Sheriff of Johnson County, State of Kansas. The undersigned understands that the responsibility for obtaining service and effecting its return shall be on the Sheriff.

LAW OFFICE OF
RODNEY K. MURROW, P.A.

_____
Rodney K. Murrow  #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, KS 66215
(913) 227-0100
(913) 227-0149
ATTORNEY FOR PETITIONER

FILED
OCT 19 AM 11:49
CLERK OF DIST. COURT
FRANKLIN COUNTY, KS

IN THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS
CIVIL COURT DEPARTMENT

COF TRAINING SERVICES, INC., )
)
       Plaintiff )
)   Case Number: 06C184
vs. )   Division:
)
TACS, INC. & )
TYLER TECHNOLOGIES, INC. )
)
       Defendants )

## REQUEST AND SERVICE INSTRUCTION FORM

TO:   Clerk of the District Court

The Clerk of the Court will issue a Summons in the above entitled action for TACS, Inc. and you are hereby instructed to effect service of the petition, as follows:

__X__  a.   Personal service through the office of the Sheriff of Suffolk County, Massachusetts, 20 Bradston Street, Boston, MA 02118.
_____  b.   Personal service by attorney for plaintiff.
_____  c.   Certified mail service by the undersigned litigant/attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney. The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.
_____  d.   Certified mail service by the office of the Sheriff of Johnson County, State of Kansas. The undersigned understands that the responsibility for obtaining service and effecting its return shall be on the Sheriff.

LAW OFFICE OF
RODNEY K. MURROW, P.A.

Rodney K. Murrow #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, KS 66215
(913) 227-0100
(913) 227-0149
ATTORNEY FOR PETITIONER