## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| COF TRAINING SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-4144-SAC |
| vs. | ) | |
| | ) | |
| TACS, INC. and | ) | |
| TYLER TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS TACS, INC. AND TYLER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of Court, defendants TACS, Inc. and Tyler Technologies, Inc., by and through counsel, provide the following information to the Court:

1.  The parent companies of the corporations:
    *TACS, Inc. - merged into Tyler Technologies on February 16, 2006*
    *Tyler Technologies, Inc. - None*

2.  Subsidiaries not wholly owned by the corporation:
    *TACS, Inc. - not applicable, see #1*
    *Tyler Technologies, Inc. - None*

3.  Any publicly held company that owns ten percent (10%) or more of the corporation:
    *TACS, Inc. - not applicable, see #1*
    *Tyler Technologies, Inc. - None*

Respectfully submitted

/s/ Theresa A. Otto
Theresa A. Otto, Esq. (#16628)
Molly B. Westering, Esq. (#20860)
BATY, HOLM & NUMRICH, P.C.

4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Telecopy:     816-531-7201
ATTORNEYS FOR DEFENDANTS

*Certificate of Electronic Filing*

I hereby certify that on January 16, 2007, I electronically
filed the foregoing with the Clerk of the Court using the
CM/ECF system which sent notification of such filing to the
following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone:   913-227-0100
Telecopy:     913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF


 /s/ Theresa A. Otto
Attorneys for Defendants