# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COF TRAINING SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-4144-SAC |
| vs. ) | |
| ) | |
| TACS, INC. and ) | |
| TYLER TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2007 Defendants TACS, Inc. and Tyler Technologies, Inc.'s Rule 26(a) Disclosures were mailed, postage prepaid, to Rodney K. Murrow, Esq., attorney for plaintiff. I further certify that a copy of this certificate accompanied same.

    /s/ Theresa A. Otto
Theresa A. Otto, Esq. (#16628)
Molly B. Westering, Esq. (#20860)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Telecopy:    816-531-7201
ATTORNEYS FOR DEFENDANTS

*Certificate of Electronic Filing*

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone:	913-227-0100
Telecopy:	913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF


 /s/ Theresa A. Otto
Attorneys for Defendants