## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COF TRAINING SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-4144-SAC |
| ) | |
| TACS, INC. and ) | |
| TYLER TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on February 14, 2007 Plaintiff COF Training Services, Inc.'s Rule 26(a) Disclosures were mailed, postage prepaid, to Theresa A. Otto and Molly B. Westering, attorneys for Defendants. I further certify that a copy of this certificate accompanied same.

                          Law Office of
                          RODNEY K. MURROW, P.A.


                          /s/ Rodney K. Murrow
                          Rodney K. Murrow, #14573
                          Commerce Bank Building
                          8700 Monrovia, Suite 208
                          Lenexa, Kansas 66215
                          (913) 227-0100
                          (913) 227-0149 Facsimile
                          MurrowLaw@aol.com
                          ATTORNEY FOR PLAINTIFF

*Certificate of Electronic Filing*

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto (#16629)
Molly B. Westering (#20860)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
(816) 531-7200
(816) 531-7201 Facsimile
ATTORNEYS FOR DEFENDANTS