# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COF TRAINING SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-4144-SAC |
| vs. ) | |
| ) | |
| TACS, INC. and ) | |
| TYLER TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

COME NOW defendants TACS, Inc. and Tyler Technologies, Inc. (hereinafter collectively "defendants"), by and through their counsel of record, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby move this Court for an Order dismissing plaintiff's claims against defendants. Defendants seek the dismissal of plaintiff's claims pursuant to K.S.A. § 84-2-725, as all of plaintiff's claims against defendants are barred since they were not filed within the applicable four-year statute of limitations for contracts for the sale of goods.

Defendants file contemporaneously their Memorandum in Support.

WHEREFORE, defendants TACS, Inc. and Tyler Technologies, Inc. respectfully request that this Court enter its Order dismissing plaintiff's claims pursuant to K.S.A. § 84-2-725.

                                  Respectfully submitted,

                                  /s/ Theresa A. Otto
                                  Theresa A. Otto, Esq. (#16628)
                                  Molly B. Westering, Esq. (#20860)
                                  BATY, HOLM & NUMRICH, P.C.
                                  4600 Madison Avenue, Suite 210
                                  Kansas City, MO 64112-3012
                                  Telephone:   816-531-7200
                                  Telecopy:    816-531-7201
                                  ATTORNEYS FOR DEFENDANTS

***Certificate of Electronic Filing***

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone:   913-227-0100
Telecopy:    913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF


/s/ Theresa A. Otto
Attorneys for Defendants