IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC.,      )
                                  )
        Plaintiff                 )
                                  )
vs.                               )   Case No. 06-4144-SAC
                                  )
TACS, INC. and                    )
TYLER TECHNOLOGIES, INC.          )
                                  )
        Defendants                )
_____)

### PLAINTIFF COF TRAINING SERVICES, INC.'S RESPONSE TO DEFENDANT TACS, INC. AND TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS

COMES NOW the Plaintiff COF Training Services, Inc. (hereinafter "COF") and respectfully submits the following Response to Defendant TACS, Inc. and Tyler Technologies, Inc.'s (hereinafter "Defendants") Motion to Dismiss.  COF respectfully requests that this court deny Defendants' motion on the grounds that COF's claims under K.S.A. §84-2-725 were timely filed within the applicable statue of limitations.

COF files its Memorandum in Support of this motion contemporaneously herewith and incorporates same by reference as if set forth fully herein.

WHEREFORE, Plaintiff COF Training Services, Inc. respectfully requests this Court to issue its order denying Defendant TACS, Inc. and Tyler Technologies, Inc.'s Motion to Dismiss and for such other and further relief as the Court deems just and equitable.

**Law Office of**
**RODNEY K. MURROW, P.A.**

 /s/ Rodney K. Murrow
Rodney K. Murrow, Esq. #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

**Certificate of Electronic Filing**

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto
Molly B. Westering
BATY, HOLM & NUMRICH
4600 Madison Ave., Suite 210
Kansas City, MO  64112
Telephone:  816-531-7200
FAX:  816-531-7201


 /s/ Rodney K. Murrow
ATTORNEY FOR PLAINTIFF