# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COF TRAINING SERVICES, INC. )<br>)<br>Plaintiff, )<br>) Case No. 06-4144-SAC<br>vs. )<br>)<br>TACS, INC. and )<br>TYLER TECHNOLOGIES, INC. )<br>)<br>Defendants. ) | |

## DEFENDANTS' PRELIMINARY WITNESS & EXHIBIT LIST

COME NOW defendants and provide the following list of witnesses and exhibits which may be offered at trial:

### WITNESSES

1. Maureen Carr
2. John Orlandella
3. William Dole
4. Al Minervini
5. Mark Minervini
6. Venessa Marion
7. H. Lynn Moore, Jr.
8. Wayne Baylor
9. Kelly Hummel
10. Karen Smart

## EXHIBITS

1. Any and all Invoices and Change Orders for Subject Software.

2. Any and all call logs between representatives of COF Traning Services, Inc. and TACS, Inc.

3. Any and all correspondence between COF Training Services, Inc. and its TACS, Inc.

4. Any and all relevant reports and/or other documents and tangible things from COF Training Services, Inc.

5. Any and all relevant reports and/or other documents and tangible things from ACCeSS ACCounting.

6. Any and all pleadings in this action.

7. Any and all discovery in this action.

Respectfully submitted,

/s/ Theresa A. Otto
Theresa A. Otto, Esq. (#16628)
Molly B. Westering, Esq. (#20860)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Telecopy:    816-531-7201
ATTORNEYS FOR DEFENDANTS

*Certificate of Electronic Filing*

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone:   913-227-0100
Telecopy:    913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF


  /s/ Theresa A. Otto
Attorneys for Defendants