# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC.,     )
                                  )
                **Plaintiff**     )
                                  )
vs.                               )     Case No. 06-4144-SAC
                                  )
TACS, INC. and                    )
TYLER TECHNOLOGIES, INC.          )
                                  )
                **Defendants**    )
_____)

## PLAINTIFF'S PRELIMINARY WITNESS & EXHIBIT LIST

COMES NOW the plaintiff and provides the following list of witnesses and exhibits to be offered at trial:

## WITNESSES

1. Wayne Baylor
2. Linda Neff
3. Carla Bienhoff
4. Kelly Hummel
5. Karen Smart
6. All witnesses listed by defendants

## EXHIBITS

1. All relevant correspondence, including e-mail, between plaintiff and defendants.
2. All relevant tangible things received from defendants.

3. All invoices, packing slips, change orders and other documents regarding the subject software.

4. All relevant documents, including e-mail between either party and Access Accounting.

5. All relevant tangible things from Access Accounting.

6. Any and all relevant instruction manuals regarding the subject software.

7. The subject software.

8. All relevant documents and things provided in discovery to defendants.

9. All relevant documents and things received in discovery from defendants.

10. Any and all pleadings in this action.

**Law Office of**
**RODNEY K. MURROW, P.A.**

 /s/ Rodney K. Murrow
Rodney K. Murrow, Esq. #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

**Certificate of Electronic Filing**

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto
Molly B. Westering
BATY, HOLM & NUMRICH
4600 Madison Ave., Suite 210
Kansas City, MO  64112
Telephone:  816-531-7200
FAX:  816-531-7201


 /s/ Rodney K. Murrow
ATTORNEY FOR PLAINTIFF