# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COF TRAINING SERVICES, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TACS, INC. and )<br>TYLER TECHNOLOGIES, INC. )<br>)<br>Defendants. ) | Case No. 06-4144-SAC |

## MOTION TO STAY DISCOVERY

COME NOW defendants TACS, Inc. and Tyler Technologies, Inc. (hereinafter collectively "defendants"), by and through their counsel of record, and move this Court for an Order staying discovery in the above-captioned matter pending the Court's resolution of the defendants' Motion to Dismiss (Doc. 12). Defendants file contemporaneously herewith a Memorandum in Support outlining the basis for this Motion.

Respectfully submitted

/s/ Theresa A. Otto
Theresa A. Otto, Esq. (#16628)
Molly B. Westering, Esq. (#20860)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Telecopy:    816-531-7201
ATTORNEYS FOR DEFENDANTS

***Certificate of Electronic Filing***

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Rodney K. Murrow, Esq. (#14573)
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
Telephone:   913-227-0100
Telecopy:    913-227-0149
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF


 /s/ Theresa A. Otto
Attorneys for Defendants