# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC.,

        Plaintiff,

vs.                                 Civil Case No. 06-4144-SAC

TACS, INC. and
TYLER TECHNOLOGIES, INC.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 21) filed on August 3, 2007, the motion of defendants' to dismiss is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that the defendants, TACS, Inc. and Tyler Technologies, Inc., recover of the plaintiff, COF Training Services, Inc., their costs of action.

Dated: August 3, 2007           INGRID CAMPBELL, ACTING CLERK

                         By    s/ Brenda M. Wessel           
                              Deputy