IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC.,  )
                              )
         Plaintiff            )
                              )
vs.                           )     Case No. 06-4144-SAC
                              )
TACS, INC. and                )
TYLER TECHNOLOGIES, INC.      )
                              )
         Defendants           )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff COF Training Services, Inc. hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment entered on an order granting Defendants' motion to dismiss entered in this action on August 3, 2007.

**Law Office of**
**RODNEY K. MURROW, P.A.**


 /s/ Rodney K. Murrow
Rodney K. Murrow, Esq. #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

Page 1 of 2

**Certificate of Electronic Filing**

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto
Molly B. Westering
BATY, HOLM & NUMRICH
4600 Madison Ave., Suite 210
Kansas City, MO  64112
Telephone:  816-531-7200
FAX:  816-531-7201


 /s/ Rodney K. Murrow
ATTORNEY FOR PLAINTIFF