UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

INGRID CAMPBELL
ACTING CLERK
KIM LEININGER
ACTING CHIEF DEPUTY CLERK
259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS  66101
(913) 551 6719

Topeka, Kansas
September 4, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS  67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 295-2610

Rodney K. Murrow
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, KS  66215

RE:   COF Training Services, Inc. vs. TACS, Inc., et al.
        District Court Case No. 06-4144-SAC

Dear Counsel:

Enclosed are the following documents in connection with the Notice of Appeal filed by <u>Plaintiff</u> in the above-referenced case on  <u>August 31, 2007</u> :

1. Copy of the Notice of Appeal;
2. Copy of the Docket Sheet;
3. Transcript Order Form (for appellant only); and
4. Letter to Counsel from the Clerk, U.S. Court of Appeals for the Tenth Circuit, with attached Docketing Statement and Instructions (for appellant only).

Please follow the instructions provided on the enclosed Transcript Order Form (for appellant only) and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance.  For specific requirements concerning transcripts, records on appeal, and briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals.  These rules can presently be obtained from the Clerk's Office, and will soon be available in the Federal Reporter (F.2d), Federal Supplement, WESTLAW, LEXIS, and various publications.

If you have any questions, please feel free to contact this office or the Clerk of the U.S. Court of Appeals in Denver, Colorado.

        Sincerely,

        INGRID CAMPBELL, ACTING CLERK

        By  s/ M. Stamper
           Deputy Clerk

Enclosures

cc: Clerk, U.S. Court of Appeals for the Tenth Circuit
    All other counsel electronically