# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

**INGRID CAMPBELL**
ACTING CLERK
KIM LEININGER
ACTING CHIEF DEPUTY CLERK
259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551 6719

Topeka, Kansas
September 4, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

ELISABETH A. SHUMAKER, CLERK
U.S. COURT OF APPEALS
FOR THE TENTH CIRCUIT
BYRON WHITE U.S. COURTHOUSE
1823 STOUT STREET
DENVER, CO 80257

RE: COF Training Services, Inc. v. TACS, Inc., et al.

District Court Case Number  __06-4144-SAC__

Notice of Appeal filed on  __August 31, 2007__

$450 fee paid  __XX__          Not paid _____
$5  fee paid   __XX__          Not paid _____
Forma Pauperis _____           U.S. Appeal _____
IFP Pending _____              COA Pending _____

Dear Ms. Shumaker:

Enclosed are the following documents in connection with the Notice of Appeal filed by the _plaintiff_ in the above-referenced case, which shall constitute the preliminary record on appeal:

__XX__     Copy of the district court docket entries.

__XX__     Copy of the notice of appeal

_____      Copy of any motion for extension of time to file the notice of appeal and the dispositive order as follows:

|_____|  Copy of the district court's (and bankruptcy court's or magistrate's) pertinent written findings and conclusions, opinions, or orders, as follows:

__XX__  Copy of the district court's final judgment or order(s) from which the appeal is taken, as follows:

>**Memorandum and Order - document 21**
>**Judgment - document 22**

|_____|  Copy of all post-judgment motions to reconsider or which questions the judgments, and any order disposing thereof, as follows:

Please advise this office of any further requirements in the above-captioned appeal.

Very truly yours,

INGRID CAMPBELL, ACTING CLERK

By __s/ M. Stamper__
  Deputy Clerk

Enclosures

cc:  file

District Code - 1083
Office Code  - 5
Judge Code  - 8313
Jurisdiction Code - 4

Court Reporter - None