IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

COP TRAINING SERVICES, INC.,            Plaintiff/Appellant,

v.                                                  Case No. 06-cv-4144-SAC

TACS, INC., and                             Defendant /Appellee.
TYLER TECHNOLOGIES, INC.,

                                                           07-3243

**RECEIPT**

Received from INGRID CAMPBELL, ACTING CLERK, and filed upon receipt, the Preliminary Record on Appeal of the U.S. District Court for the District of Kansas in the above-reference case, directed to the Clerk, U.S. Court of Appeals for the Tenth Circuit.

Dated: September 4, 2007                      ELISABETH A. SHUMAKER, CLERK

                                                          By _____
                                                                 Deputy Clerk

Please sign, date and return to:

Ingrid A. Campbell, Acting Clerk
U.S. District Court for
the District of Kansas
490 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683