### UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

**INGRID CAMPBELL**
ACTING CLERK
**KIM LEININGER**
ACTING CHIEF DEPUTY CLERK
259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS  66101
(913) 551 6719

Topeka, Kansas
October 17, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS  67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 295-2610

CLERK
U.S. COURT OF APPEALS
FOR THE TENTH CIRCUIT
THE BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, CO 80257

RE:   COF Training Services, Inc. v. TACS, INC.
      District Court No. 06-4144-SAC; Tenth Circuit No. 07-3263

Dear Clerk:

Please be advised that the record is complete for the purposes of appeal.

\_\_\_\_   Transcript was filed this date.
 XX    Transcript is not necessary for this appeal.
\_\_\_\_   Transcript is already on file in District Court.
\_\_\_\_   Transcript was ordered previously in appeal number _____.

Sincerely,

RALPH L. DeLOACH, CLERK

By   s/ M. Stamper
     Deputy Clerk

cc:   All counsel by electronic notification