FILED
United States Court of Appeals
Tenth Circuit

April 8, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

COF TRAINING SERVICES, INC.,

    Plaintiff - Appellant,

v.

TACS, INC.; TYLER TECHNOLOGIES, INC.,

    Defendants - Appellees.

No. 07-3263
(D.C. No. 5:06-CV-4144-SAC)
(D. of Kansas)

---

ORDER

---

    In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

    Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk